IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00300-CMA-MJW

ALONZO BUGGS,

Plaintiff(s),

v.

CAROL TRUJILLO, Case Manager II, and
RAE TIMME, Warden; Colorado Territorial Correctional Facility,

Defendant(s).

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the defendants' Motion to Stay Dispositive Motions Deadline (Docket No. 23) is granted to the extent that the dispositive motion deadline is stayed until 60 days after a ruling on the pending motion to dismiss (Docket No. 15). The Scheduling Order (Docket No. 18) is amended accordingly.

Date: October 2, 2013