IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00300-CMA-MJW

ALONZO BUGGS,

Plaintiff(s),

v.

CAROL TRUJILLO, Case Manager II, and
RAE TIMME, Warden; Colorado Territorial Correctional Facility,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the defendants' Second Motion to Stay Dispositive Motions Deadline (Docket No. 28) is denied as moot. In this court's Minute Order entered on October 2, 2013 (Docket No. 25), the dispositive motion deadline was stayed until 60 days after a ruling on the pending motion to dismiss (Docket No. 15), and the Scheduling Order (Docket No. 18) was amended accordingly. There is thus no need for another stay of the dispositive motion deadline.

Date: December 3, 2013