**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  13-cv-00300-CMA-MJW

ALONZO BUGGS

     Plaintiff,

v.

CAROL TRUJILLO, CASE MANAGER II, and
RAE TIMME, WARDEN, COLORADO TERRITORIAL CORRECTIONAL FACILITY,

     Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Affirming January 13, 2014 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on February 4, 2014 it is

ORDERED that the Recommendation of the United States Magistrate Judge (Doc. # 31) is AFFIRMED and ADOPTED. It is

FURTHER ORDERED that Defendants' Motion to Dismiss (Doc. # 15) is GRANTED and the claims against Defendants are DISMISSED WITH PREJUDICE

Dated at Denver, Colorado this 4th day of February, 2014.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                                   s/Sandra Hartmann

Sandra Hartmann
Deputy Clerk